

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00168-CR

| | | |
|---|---|---|
| ELISEO SUAREZ, Appellant | § | On Appeal from the 485th District Court |
| | § | of Tarrant County (1746528) |
| V. | § | August 14, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed. The bill of costs is corrected to show $0 due at this time.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
     Justice Wade Birdwell